Kevin M. Osterberg (Bar No. 138760)
HAIGHT BROWN & BONESTEEL LLP
3750 University Avenue, Suite 560
Riverside, California 92501
Telephone: 951.341.8300
Facsimile: 951.341.8309
kosterberg@hbblaw.com

Michael Parme (Bar No. 261719)
HAIGHT BROWN & BONESTEEL LLP
402 West Broadway, Suite 1850
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873
mparme@hbblaw.com

Attorneys for Defendants NEAL N. BROWDER, an individual, and CITY OF SAN DIEGO, a municipality

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD,<br><br>Plaintiffs,<br><br>v.<br><br>NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,,<br><br>Defendants. | Case No. 3:15-cv-1386-WQH (NLS)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL PARME IN SUPPORT OF OPPOSITION TO MEDIA'S MOTION FOR PERMISSIVE INTERVENTION TO OBTAIN ACCESS TO VIDEO AND INVESTIGATIVE RECORDS**<br><br>Date: September 21, 2015<br>Judge: Hon. William Q. Hayes |

I, Michael Parme, declare as follows:

1. I am an attorney with Haight Brown & Bonesteel LLP, and am licensed to practice law before this Court. My office was retained to represent Neal N. Browder listed in the above-captioned matter before this Court. Unless otherwise indicated, I have personal knowledge of the following matters, and if called as a witness would so testify in a court of law.

2. On or about November 12, 2015, a Supplemental Declaration of Guylyn R. Cummins (Supplemental Declaration) was filed on behalf of Voice of San Diego, KPBS, KGTV 10 News, THE SAN DIEGO UNION-TRIBUNE, *inewsource* (collectively the Media). The Supplemental Declaration offers evidence regarding the San Diego County District Attorney's findings with respect to the April 30, 2015 officer-involved shooting that is the subject of this civil lawsuit. Specifically, the Supplemental Declaration refers to the fact the San Diego County District Attorney has concluded Officer Browder is not criminally liable.

3. The Supplemental Declaration addresses only the issue regarding the status of the San Diego County District Attorney's criminal investigation. Notwithstanding the completion of the investigation, the San Diego County District Attorney has refused to release the video of the shooting.

4. Officer Browder is currently on active duty with the San Diego Police Department. There is presently an Internal Affairs investigation of Officer Browder regarding the April 30, 2015 incident. Based on information and belief, that investigation remains ongoing as of the date of filing this Declaration.

5. The pendency and ongoing nature of this investigation has been confirmed directly through the San Diego Police Department. A true and correct copy of the Declaration of Executive Assistant Chief of Police David Ramirez is attached hereto as **Exhibit A**.

6. The pendency of this separate and distinct investigation was raised in Browder's opposition to the Media's motion for permissive intervention. Namely, California Government Code section 3300 *et seq.* provides procedural due process safeguards for internal investigation of police officers. Widespread dissemination of the materials sought by the Media threatens the fairness and impartiality of the investigation Officer Browder is entitled to under the Public Safety Officers Procedural Bill of Rights Act. Moreover, as acknowledged by the San Diego County District Attorney, a fair and thorough investigation of the incident

encompasses consideration regarding what Officer Browder could see, what he sensed, what he said, and what he reasonably believed. The Media's intent to disseminate only a small sample of the investigative record poses an unreasonable risk to the integrity and fairness of the ongoing Internal Affairs investigation. Denial of the Media's motion is consistent with both the expressed concerns of the San Diego County District Attorney and the integrity of the ongoing investigation.

7. Even more relevant to the instant civil action, none of the additional information offered by the Media in the Supplemental Declaration addresses the underlying concern that the jury pool would be irreparably contaminated by disseminating the video. The risk of prejudice to Officer Browder is substantial, especially given that Plaintiffs seek, among other relief, punitive damages. Indeed, the substantial information provided by Will Rountree in opposition to the Media's motion remains good cause to deny it.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on this 30th day of November, 2015, at San Diego, California.

/s/ Michael Parme
Michael Parme

**EXHIBIT A**

Kevin M. Osterberg (Bar No. 138760)
HAIGHT BROWN & BONESTEEL LLP
3750 University Avenue, Suite 560
Riverside, California 92501
Telephone: 951.341.8300
Facsimile: 951.341.8309
kosterberg@hbblaw.com

Michael Parme (Bar No. 261719)
HAIGHT BROWN & BONESTEEL LLP
402 West Broadway, Suite 1850
San Diego, California 92101
Telephone: 619.595.5583
Facsimile: 619.595.7873
mparme@hbblaw.com

Attorneys for Defendants NEAL N. BROWDER, an individual, and CITY OF SAN DIEGO, a municipality

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD,<br><br>Plaintiffs,<br><br>v.<br><br>NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-1386-WQH (NLS)<br><br>**SUPPLEMENTAL DECLARATION OF EXECUTIVE ASSISTANT CHIEF OF POLICE RAMIREZ IN SUPPORT OF OPPOSITION TO MOTION OF THE MEDIA FOR PERMISSIVE INTERVENTION TO OBTAIN ACCESS TO VIDEO AND INVESTIGATIVE RECORDS**<br><br>Date:   September 21, 2015<br>Judge: Hon. William Q. Hayes |

I, David Ramirez declare as follows:

1.   I am an employee of the San Diego Police Department. I presently hold the rank of Executive Assistant Chief of Police.

2.   I am familiar with the policies and procedures of the San Diego Police Department relating to officer-involved shootings and investigations undertaken by Internal Affairs.

SD32-0000001
11793543.1

1

Case No. 3:15-cv-1386-WQH (NLS)
SUPPLEMENTAL DECLARATION OF
EXECUTIVE CHIEF RAMIREZ ISO
OPPOSITION TO MOTION

3. The officer-involved shooting which forms the basis for this case was recently assigned to Internal Affairs for investigation and is currently open.

4. The San Diego Police Department's Internal Affairs investigation is separate and distinct from the investigation conducted by the District Attorney of San Diego County.

Executed on this 30TH day of November 2015, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

David Ramirez
Executive Assistant Chief of Police
San Diego Police Department

Haight

SD32-0000001
11793543.1

2

Case No. 3:15-cv-1386-WQH (NLS)
SUPPLEMENTAL DECLARATION OF
EXECUTIVE CHIEF RAMIREZ ISO
OPPOSITION TO MOTION