**EXHIBIT A**

1  Kevin M. Osterberg (Bar No. 138760)
   HAIGHT BROWN & BONESTEEL LLP
2  3750 University Avenue, Suite 560
   Riverside, California 92501
3  Telephone: 951.341.8300
   Facsimile: 951.341.8309
4  kosterberg@hbblaw.com

5  Michael Parme (Bar No. 261719)
   HAIGHT BROWN & BONESTEEL LLP
6  402 West Broadway, Suite 1850
   San Diego, California 92101
7  Telephone: 619.595.5583
   Facsimile: 619.595.7873
8  mparme@hbblaw.com

9  Attorneys for Defendants NEAL N.
   BROWDER, an individual, and CITY OF
10 SAN DIEGO, a municipality

11

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD,<br><br>17     Plaintiffs,<br><br>18     v.<br><br>19 NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>21     Defendants. | Case No. 3:15-cv-1386-WQH (NLS)<br><br>**SUPPLEMENTAL DECLARATION OF EXECUTIVE ASSISTANT CHIEF OF POLICE RAMIREZ IN SUPPORT OF OPPOSITION TO MOTION OF THE MEDIA FOR PERMISSIVE INTERVENTION TO OBTAIN ACCESS TO VIDEO AND INVESTIGATIVE RECORDS**<br><br>Date:    September 21, 2015<br>Judge:  Hon. William Q. Hayes |

22

23     I, David Ramirez declare as follows:

24     1.    I am an employee of the San Diego Police Department. I presently

25  hold the rank of Executive Assistant Chief of Police.

26     2.    I am familiar with the policies and procedures of the San Diego Police

27  Department relating to officer-involved shootings and investigations undertaken by

28  Internal Affairs.

SD32-0000001
11793543.1                                      1

Case No. 3:15-cv-1386-WQH (NLS)
SUPPLEMENTAL DECLARATION OF
EXECUTIVE CHIEF RAMIREZ ISO
OPPOSITION TO MOTION

3. The officer-involved shooting which forms the basis for this case was recently assigned to Internal Affairs for investigation and is currently open.

4. The San Diego Police Department's Internal Affairs investigation is separate and distinct from the investigation conducted by the District Attorney of San Diego County.

Executed on this 30th day of November 2015, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

David Ramirez
Executive Assistant Chief of Police
San Diego Police Department

SD32-0000001
11793543.1

Case No. 3:15-cv-1386-WQH (NLS)
SUPPLEMENTAL DECLARATION OF
EXECUTIVE CHIEF RAMIREZ ISO
OPPOSITION TO MOTION

2