LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
DANIEL S, MILLER (State Bar No. 218214)
dmiller@millerbarondess.com
SCOTT J. STREET (State Bar No. 258962)
sstreet@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:   (310) 552-8400

BRIAN E. WATKINS (State Bar No. 190599)
bwatkins@brianwatkinslaw.com
BRIAN E. WATKINS & ASSOCIATES
925 B Street, Suite 402
San Diego, California 92101
Telephone:  (619) 255-5930
Facsimile:  (619) 255-5639

Attorneys for Plaintiffs S.R. NEHAD, K.R. NEHAD, and ESTATE OF FRIDOON RAWSHAN NEHAD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD, an entity,<br><br>       Plaintiffs,<br><br>  v.<br><br>SHELLEY ZIMMERMAN, in her personal and official capacity as Chief of Police, NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>       Defendants. | **CASE NO. 15-cv-1386-WQH-NLS**<br><br>[Assigned to the Hon. William Q. Hayes]<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO MEDIA'S MOTION TO INTERVENE AND UNSEAL VIDEO OF THE SHOOTING**<br><br>Date:      December 15, 2015<br>Time:     9:00 a.m.<br>Dept.:     14B, Annex |

274281.1

Case No. 15-cv-1386-WQH-NLS

PLAINTIFFS' NON-OPPOSITION TO MEDIA MOTION

# NOTICE OF NON-OPPOSITION

Plaintiffs S.R. Nehad, K.R. Nehad and the Estate of Fridoon Rawshan Nehad (collectively, "Plaintiffs") do not oppose the media's motion to intervene to obtain the video that shows San Diego police officer Neal Browder shooting Fridoon Nehad to death.

Plaintiffs believe the video should be released. The video is not confidential. It belongs to a private business. It recorded an encounter between a police officer and a citizen on a public street. Other people have seen the video. (Declaration of Wesley Doyle, dated June 25, 2015, Dkt. 3-4.)

Respectfully submitted,

DATED: November 30, 2015    MILLER BARONDESS, LLP

By:  */s/ Scott J. Street*
SCOTT J. STREET
Attorneys for Plaintiffs S.R. NEHAD, K.R. NEHAD, and ESTATE OF FRIDOON RAWSHAN NEHAD