MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
JOHN RILEY, Chief Deputy City Attorney
California State Bar No. 144268
BEVERLY A. ROXAS, Deputy City Attorney
California State Bar No. 298582
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendants SHELLEY ZIMMERMAN, NEAL N. BROWDER AND CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD,<br><br>    Plaintiffs,<br><br>v.<br><br>SHELLEY ZIMMERMAN, in her personal and official capacity as Chief of Police, NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 15cv1386 WQH (NLS)<br><br>**DEFENDANTS SHELLEY ZIMMERMAN, NEAL N. BROWDER AND CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 17, 2017<br>Judge: Hon. William Q. Hayes<br>Court Room: 14B<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO PLAINTIFF'S S.R. NEHAD, K.R. NEHAD and the ESTATE OF FRIDOON RAWSHAN NEHAD, AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 17, 2017, or as soon thereafter as the matter may be heard in Courtroom 14B of the Honorable William Q. Hayes, in the above-entitled court, located at 333 West Broadway, San Diego, California, Defendants SHELLEY ZIMMERMAN, NEAL BROWDER and the CITY OF SAN DIEGO, by and through their attorney of record John Riley, will move the

Court pursuant to Federal Rule of Civil Procedure 56 to grant this Motion for Partial Summary Judgment.

This motion will be based on this notice of motion and motion; the City Defendants' Memorandum of Points and Authorities in support of this motion; the Declarations in Support of City Defendants' Motion for Summary Judgment, the pleadings; the City Defendants' list of evidence; as well as all other papers, affidavits, exhibits, deposition transcripts or other documents lodged concurrently with this motion, and further oral and documentary evidence and matters as may be presented to the court upon the hearing of said motion.

The grounds for this motion are that the facts do not support, as a matter of law, a constitutional violation of the U.S. Constitution for excessive use of force and wrongful death or alternatively, that the defendant officer is entitled to qualified immunity. Further, Plaintiffs' claims for "*Monell*" liability and related supervisory liability fail as a matter of law. There is no legal basis for Plaintiffs' causes of action for violation of the Federal Civil Rights Act, 42 U.S.C. § 1983 including allegations of individual liability or entity liability. Further, there is no basis in law for Plaintiffs' intentional tort state law claims. Defendants seek a dismissal of all Federal claims and the intentional tort state law claims. Defendants seek the adjudication of the following issue of law:

**ADJUDICATION NO. 1:** Fridoon Rawshan Nehad's (Estate) Fourth Amendment Rights. Officer Browder reasonably believed he faced an immediate threat of serious bodily injury or death. Browder's response of deadly force did not violate the Estate of Fridoon Rawshan Nehad's Fourth Amendment rights.

**ADJUDICATION NO. 2:** S.R. Nehad and K. R. Nehad's Fourteenth Amendment Rights - Officer Browder's use of force served a legitimate police purpose thereby

there is no violation of Plaintiffs' Fourteenth Amendment Rights.

**ADJUDICATION NO. 3:**

Entity and supervisory liability (City of San Diego and Shelley Zimmerman as Chief of Police) (*Monell* claim) - There is no entity or supervisory liability (*Monell* claim) because there was no constitutional violation of Plaintiffs' civil rights.

**ADJUDICATION NO. 4:**

Plaintiffs fail to provide a legal basis or causal connection to support entity and supervisory liability (City of San Diego and Shelley Zimmerman as Chief of Police) (*Monell* claim) - There is no entity liability (*Monell* claim) because Plaintiffs' police tactics expert is not qualified to offer opinions regarding the adequacy of the City of San Diego's homicide investigations, OIS and IA files. Plaintiffs' police tactics expert's methodology lacks reliability and does not meet standards in the industry. Plaintiffs' police tactics expert opinion fails to establish causation to support these claims.

**ADJUDICATION NO. 5:**

Qualified Immunity – Officer Browder did not violate Plaintiffs' Fourth or Fourteenth Amendment rights, but if he did, his violation was not unreasonable beyond debate and he was not totally incompetent and is therefore entitled to qualified immunity.

Dated:  March 16, 2017          MARA W. ELLIOTT, City Attorney

By */s/ John Riley*
   John Riley
   Chief Deputy City Attorney

Attorneys for Defendants
SHELLEY ZIMMERMAN, NEAL N. BROWDER and CITY OF SAN DIEGO