# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD, an entity,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLEY ZIMMERMAN, in her personal and official capacity as Chief of Police, NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:15-cv-01386-WQH-NLS<br><br>**ORDER UNSEALING COURT RECORDS** |

HAYES, Judge:

Having reviewed the parties' Joint Motion to Unseal Court Records (ECF No. 210), and for good cause appearing therein, IT IS HEREBY ORDERED that the Joint Motion is hereby GRANTED.

The Clerk is ordered to immediately unseal the following court records:

a. All exhibits filed under seal as ordered by ECF No. 152 which were listed in Plaintiffs' Motion to File Investigative Files Under Seal in Support of Their Opposition to Defendants' Daubert Motion (ECF No. 132),

including:

    i. Exhibit H - Investigation file for incident number 13-003634;

    ii. Exhibit I - Internal affairs ("IA") investigation file for incident number13-003634;

    iii. Exhibit J - Investigation file for incident number 13-038080; and

    iv. Exhibit K - IA investigation file for incident number 13-038080.

b. All exhibits filed under seal as ordered by ECF No. 156 which were listed in Plaintiffs' Motion to File Exhibits Under Seal in Support of Opposition to Defendants' Motion for Partial Summary Judgment (ECF No. 136), including:

    i. Exhibit 12: Exhibit 4 to the July 20, 2016 Deposition of Manuel Del Toro;

    ii. Exhibit 14: Exhibit 2 to the July 20, 2016 Deposition of Michael Hastings;

    iii. Exhibit 15: Exhibit 3 to the July 20, 2016 Deposition of Michael Hastings; and

    iv. Exhibit 18: Exhibit 4 to the October 25, 2016 Deposition of Marshall White.

c. All exhibits filed under seal as ordered by ECF No. 148 which were listed in Defendants' Motion to File Exhibits Under Seal in Support of Reply to Plaintiffs' Opposition to Motion for Partial Summary Judgment (ECF No. 147), including:

    i. LOE Exhibit 20: SDPD Recorded Statement of Andre Nelson;

    ii. LOE Exhibit 21: District Attorney Recorded Statement of Andre Nelson;

    iii. LOE Exhibit 23: SDPD Recorded Statement of Alberto Galindo; and

    iv. LOE Exhibit 24: District Attorney Recorded Statement of Albert

Galindo.

The unsealed records shall be listed on the public docket and made available for public inspection in person and through the Public Access to Court Electronic Records system.

IT IS SO ORDERED.

Dated: July 15, 2020

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court