UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual; K.R. NEHAD, an individual; ESTATE OF FRIDOON RAWSHAN NEHAD, an entity, | Case No.:  15-CV-1386 TWR (NLS) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' UNOPPOSED _EX PARTE_ APPLICATION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE FINAL STATUS CONFERENCE** |
| v. | |
| SHELLEY ZIMMERMAN, in her personal and official capacity as Chief of Police; NEAL N. BROWDER, an individual; CITY OF SAN DIEGO, a municipality; and DOES 1 through 10, inclusive, | (ECF No. 218) |
| Defendants. | |

Presently before the Court is Plaintiffs S.R. Nehad, K.R. Nehad, and the Estate of Fridoon Rawshan Nehad's Unopposed _Ex Parte_ Application for Leave to Appear Telephonically at the Final Status Conference ("_Ex Parte_ App.," ECF No. 218).  Plaintiffs' counsel requests leave to appear telephonically at the October 28, 2020 Final Pretrial Conference because of the COVID-19 pandemic and several preexisting commitments in Los Angeles scheduled for the same day.  (_See id._ at 2.)

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause appearing, the Court **GRANTS** the Joint Motion.  Plaintiffs counsel **SHALL CONTACT** the Courtroom Deputy, Jessica Ortiz, at (619) 321-0777 to make the necessary arrangements.

**IT IS SO ORDERED.**

Dated:  October 14, 2020

_____
Honorable Todd W. Robinson
United States District Court

15-CV-1386 TWR (NLS)