```
MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
JAMES I.H. BROOKS, Deputy City Attorney
California State Bar No. 256381
     Office of the City Attorney
     1200 Third Avenue, Suite 1100
     San Diego, California 92101-4100
     Telephone:  (619) 533-5800
     Facsimile:  (619) 533-5856
```

Attorneys for Defendants SHELLY ZIMMERMAN,
NEAL N. BROWDER, and CITY OF SAN DIEGO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, an individual, K.R. NEHAD, an individual, ESTATE OF FRIDOON RAWSHAN NEHAD,<br><br>        Plaintiffs,<br><br>    v.<br><br>SHELLEY ZIMMERMAN, in her personal and official capacity as Chief of Police, NEAL N. BROWDER, an individual, CITY OF SAN DIEGO, a municipality, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  15cv1386 TWR (NLS)<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**<br><br>Judge:  Todd W. Robinson<br>Court Room:  15<br>Trial:  9/20/2021 |

Defendants Shelly Zimmerman and Neal N. Browder, and City of San Diego ("Defendants"); and Plaintiffs S.R. Nehad, K.R. Nehad and the Estate of Fridoon Rawshan Nehad ("Plaintiffs"), by and through their respective undersigned counsel of record, submit this Joint Status Report and Notice of Settlement in compliance with this Honorable Court's Order at the Pretrial Conference on August 4, 2021.

Please take notice that subject to San Diego City Council approval in open session, this case has been settled. The undersigned attorney for the Defendants represents that the City of San Diego's approval process has begun. While the undersigned attorney for the Defendants has no control over the timing of the approval process, it is currently anticipated that it will be completed by early-October

2021 in light of City Council's summer recess.  If the settlement is approved, the parties currently anticipate that they will be able to submit a joint motion to dismiss by no later than December 10, 2021.

Respectfully Submitted,

DATED:  August 13, 2021          MARA W. ELLIOTT, City Attorney

By: */s/ James I.H. Brooks*
JAMES I. H. BROOKS
Attorneys for Defendants SHELLEY ZIMMERMAN, NEAL N. BROWDER, and CITY OF SAN DIEGO

DATED:  August 13, 2021          MILLER BARONDESS, LLP

By: */s/ Daniel S. Miller*
DANIEL S. MILLER
Attorneys for Plaintiffs

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Daniel Miller, and that I have obtained Mr. Miller's authorization to affix his electronic signature to this document.

DATED:  August 13, 2021          MARA W. ELLIOTT, City Attorney

By: */s/ James I.H. Brooks*
JAMES I. H. BROOKS
Attorneys for Defendants SHELLEY ZIMMERMAN, NEAL N. BROWDER, and CITY OF SAN DIEGO