UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R. NEHAD, et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>SHELLEY ZIMMERMAN, et al.,<br><br>                              Defendants. | Case No.: 15-CV-1386 TWR (NLS)<br><br>**ORDER VACATING TRIAL-RELATED DATES** |

   Given the Joint Status Report and Notice of Settlement (ECF No. 252), the Court **VACATES** the hearing set for the Motions in Limine on September 8, 2021, and the trial date set for September 20, 2021.  All trial-related deadlines (*see* ECF No. 228) are also **VACATED**.

   **IT IS SO ORDERED.**

Dated:  August 23, 2021

                                                      _____
                                                      Honorable Todd W. Robinson
                                                      United States District Judge